UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENE CHATAGNIER | * | CIVIL ACTION NO. 2:19-CV-00635 |
| | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE FELDMAN |
| | * | |
| GROUP LONG TERM DISABILITY | * | |
| PLAN FOR EMPLOYEES OF PBF | * | |
| ENERGY COMPANY LLC, PBF | * | MAGISTRATE JUDGE VAN MEERVELD |
| ENERGY COMPANY LLC and | * | |
| HARTFORD LIFE AND | * | |
| ACCIDENT INSURANCE | * | |
| COMPANY | * | |

*****************************************************************************

## **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes Rene Chatagnier ("Plaintiff"), who submits this Unopposed Motion to Dismiss With Prejudice and with respect, represents as follows:

1.

Plaintiff respectfully requests that all of his claims against Hartford Life and Accident Insurance Company ("Hartford"), Group Long Term Disability Plan for Employees of PBF Energy Company, LLC (the "Plan") and PBF Energy Company, LLC ("PBF") (sometimes collectively referred to herein as "Defendants") in the above-captioned lawsuit be dismissed, with prejudice, with each party to bear their own respective court costs, fees and expenses.

2.

Counsel for Plaintiff has discussed with counsel for Defendants this matter and the subject of this Motion and the Final Judgment of Dismissal With Prejudice submitted herewith and he has expressed no objection to same and that he consents to the granting and issuance of

same.

WHEREFORE, premises considered, Plaintiff respectfully requests the relief prayed for herein.

Respectfully submitted,

/s/*Thomas S. Schneidau*
Thomas S. Schneidau, LA #33359
MILLING BENSON WOODWARD, LLP
68031 Capital Trace Row
Mandeville, LA 70471
Phone: (985) 871-3924
Fax: (985) 871-6957
Email: tschneidau@millinglaw.com
Counsel for Plaintiff, Rene Chatagnier

Hilton S. Bell, LA #02919 (T.A.)
MILLING BENSON WOODWARD, LLP
LL&E Center
909 Poydras St., Suite 2300
New Orleans, LA 70112-1010
Phone: (504) 569-7000
Fax: (504) 569-7001
Email: hbell@millinglaw.com
Counsel for Plaintiff, Rene Chatagnier

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Joel P. Babineaux, Karen T. Bordelon.

/s/*Thomas S. Schneidau*
Thomas S. Schneidau, LA #33359
MILLING BENSON WOODWARD, LLP
68031 Capital Trace Row
Mandeville, LA 70471
Phone: (985) 871-3924
Fax: (985) 871-6957
Email: tschneidau@millinglaw.com
Counsel for Plaintiff, Rene Chatagnier