UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENE CHATAGNIER | * | CIVIL ACTION NO. 2:19-CV-00635 |
| | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| | * | |
| GROUP LONG TERM DISABILITY | * | |
| PLAN FOR EMPLOYEES OF PBF | * | |
| ENERGY COMPANY LLC, PBF | * | MAGISTRATE JUDGE VAN MEERVELD |
| ENERGY COMPANY LLC and | * | |
| HARTFORD LIFE AND | * | |
| ACCIDENT INSURANCE | * | |
| COMPANY | * | |

******************************************************************************

## **ORDER AND JUDGMENT**

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice (R. Doc. 13) submitted in the above-captioned lawsuit, and finding there be good cause for the granting of same:

**IT IS ORDERED** that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the above-captioned lawsuit and all claims asserted by Rene Chatagnier therein against Hartford Life and Accident Insurance Company, Group Long Term Disability Plan for Employees of PBF Energy Company, L.L.C., and PBF Energy Company, L.L.C. be and are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Rene Chatagnier, Hartford Life and Accident Insurance Company, Group Long Term

Disability Plan for Employees of PBF Energy Company, L.L.C., and PBF Energy Company,L.L.C. shall bear their/its own respective costs including court costs, attorney's fees and expenses.

      **THUS DONE AND SIGNED** on this ___5th___ day of ____November____, 2019 in New Orleans, Louisiana.

                                         _____
                                      GREG GERARD GUIDRY
                             UNITED STATES DISTRICT JUDGE